FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:23 pm, Dec 06, 2024
JEFFREY P. COLWELL, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado;
BRIAN BOATRIGHT, individually, and in his official capacity as Chief Judge of the Colorado Supreme Court;
BRYON LARGE, individually, and in his official capacity as Presiding Disciplinary Judge of the Colorado Supreme Court;
JESSICA YATES, individually, and in her official capacity as Attorney Regulation Counsel of the Colorado Supreme Court;
JACOB VOS, individually, and in his official capacity as Assistant Regulation Counsel of the Colorado Supreme Court;
RHONDA WHITE MITCHELL, individually, and in her official capacity as Senior Assistant Regulation Counsel of the Colorado Supreme Court; and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado Supreme Court,

    Defendant(s).

---

## NOTICE RE: PLAINTIFF'S MAILING ADDRESS

---

Plaintiff Jane Roe, pro se, hereby notifies the Court and the parties that her mailing address is:

    34 N. Franklin POB 6871992

    Pinedale, WY  82941

Please direct all correspondence to the above address.

                        Respectfully submitted,

                        /s/ Jane Roe
                        Jane Roe, Plaintiff

Date: Friday, December 6, 2024