IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-RTG

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado,
BRIAN BOATRIGHT, individually and in his official capacity as Chief Judge of the
    Colorado Supreme Court,
BRYON LARGE, individually and in his official capacity as Presiding Disciplinary Judge
    of the Colorado Supreme Court,
JESSICA YATES, individually and in her official capacity as Attorney Regulation
    Counsel of the Colorado Supreme Court,
JACOB VOS, individually and in his official capacity as Assistant Regulation Counsel of
    the Colorado Supreme Court,
RHONDA WHITE MITCHELL, individually and in her official capacity as Senior
    Assistant Regulation Counsel of the Colorado Supreme Court, and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado
    Supreme Court,

    Defendants.

---

## ORDER OF RECUSAL

---

    Title 28 U.S.C. § 455(b) requires that a judge disqualify himself in certain circumstances in which his impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000). Simply put, "[w]hat matters is not the reality of bias or prejudice but its appearance." *Liteky v. United States*, 510 U.S. 540, 548 (1994).

1

Guided by the considerations addressed above, I conclude that it is prudent for me to recuse myself from further service in the matter.

Accordingly, **IT IS ORDERED** that:

(1)   I recuse myself from further service in this matter; and

(2)   The Clerk of the Court shall cause this case to be reassigned.

DATED January 6, 2025.

BY THE COURT:

*Richard T. Gurley*

Richard T. Gurley
United States Magistrate Judge
