FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*8:07 am, Jan 06, 2025*
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __24__-cv-__3400__-__RTG__

Jane Roe _____,

    Plaintiff(s),

v.

Colorado Judicial Department et al _____,

    Defendant(s).

---

## MOTION FOR APPOINTMENT OF COUNSEL

I am a ☑ plaintiff ☐ defendant **[Select which side you are in your case]** in this case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my ☑ claims ☐ defenses **[Select what is appropriate to your case]** in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

Under the court's Civil Pro Bono Representation rule, D.C.COLO.LAttyR 15, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment:

(1) the nature and complexity of the action **[Describe below:]**

This is a civil rights complaint under Section 1983 for violations of my constitutio[n]

infringement of my rights to privacy, and unlawful discrimination based on disabili[ty]

against the administrators of the Colorado Judiciary division including the office o[f]

(2) the potential merit of the claims or defenses of the unrepresented party;

These claims have merit, especially considering that the Colorado State Courts p̶ from accessing the e-filing system, and have changed the court rules to not allow̶ Colorado has institutionalized and endorsed ex parte communications and routin̶

(3) the demonstrated inability of the unrepresented party to retain an attorney by other means;

I have been unemployed for over two years, and have no financial resources to p̶ for an attorney.  The state of Colorado also determined me to be disabled and in̶ matters on my own behalf.  I live in Wyoming and cannot easily travel to Denver ̶

and

(4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel:

Appointment of counsel will greatly facilitate these proceedings and avoid unnecessary delays or multiplication of the case.  Plaintiff is not qualified to represent herself.

D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.,* 393 F.3d 1111, 1115 (10th Cir. 2004).

I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case.  I also confirm that I understand that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case** – only

that a member of the Civil Pro Bono Panel will review the case for possible representation.

**[Please check one or both of the following options:]**

_____ **General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

_____ **Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

<u>Amending the Complaint, assisting with a settlement conference, general advice</u>

<u>hearings, depositions, motions, and/or trial, reviewing pro se filings, or anything e</u>

[examples of purposes for limited representation include amending a pleading / drafting a motion / appearing at a conference, hearing, or trial / assisting with a settlement conference / etc.]

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

---

[1] [**Note:** Local Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion and to describe the specific efforts to fulfill this duty. However, the duty to confer is not required under the local rules for a motion filed in a case involving an unrepresented prisoner.]

Dated at Pinedale _____(city), WY _____(state), this 4th _____day January _____, 201 25___.

Jane Roe
_____
(Unrepresented Party's Name)

34 N. Franklin Ave, Pinedale, WY 82041
_____
(Address)

jane.roeWY@icloud.com
_____
(Phone Number)