# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
**3:39 pm, Jan 08, 2025**
JEFFREY P. COLWELL, CLERK

Civil Action No.       24-cv-3400-SVT
         (To be supplied by the court)

  Jane Roe, an individual

       Plaintiff

v.                                              **Jury Trial requested:**
                                                **(please check one)**
                                                _X__ Yes ___ No

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado;

BRIAN BOATRIGHT, individually, and in his official capacity as Chief Judge of the Colorado Supreme Court;

BRYON LARGE, individually, and in his official capacity as Presiding Disciplinary Judge of the Colorado Supreme Court;

JESSICA YATES, individually, and in her official capacity as Attorney Regulation Counsel of the Colorado Supreme Court;

JACOB VOS, individually, and in his official capacity as Assistant Regulation Counsel of the Colorado Supreme Court;

RHONDA WHITE MITCHELL, individually, and in her official capacity as Senior Assistant Regulation Counsel of the Colorado Supreme Court; and

CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado Supreme Court,

       Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

**CORRECTED COMPLAINT AND JURY DEMAND**

---

> **NOTICE**
>
> Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

> Jane Roe
> (*See Restricted Level 1 Notice of the Plaintiff's True Identity* [ECF No. 6]),
> 34 N. Franklin Ave., POB 687-1992, Pinedale, Wyoming 82941
> (970) 904-0060; Jane.RoeWY@icloud.com

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

1. Defendant the Colorado Judicial Department is a division of the State of Colorado, c/o Colorado Department of Law, 1300 Broadway, 10th Floor, Denver, Colorado 80203. Email unknown. Telephone (720) 508-6000.
2. Defendant Brian D. Boatright, Justice of the Colorado Supreme Court, 2 E 14th St, Denver, Colorado 80203. Email unknown. Telephone (720) 625-5150.
3. Defendant Bryon M. Large. Presiding Disciplinary Judge of the Colorado Supreme Court, 1300 Broadway, Ste. 250, Denver, Colorado 80203. Email: pdj@pdj.state.co.us, telephone (303) 457-5999.
4. Defendant Jessica Yates, Office of Attorney Regulation Counsel, 1300 Broadway, Ste 500, Denver, Colorado 80203, email j.yates@csc.state.co.us, telephone: (303) 457-5800.
5. Defendant Jacob Vos, Office of Attorney Regulation Counsel, 1300 Broadway, Ste 500, Denver, Colorado 80203, email j.vos@csc.state.co.us, telephone: (303) 457-5800.
6. Defendant Rhonda White Mitchell, Office of Attorney Regulation Counsel, 1300 Broadway, Ste 500, Denver, Colorado 80203, email unknown, telephone: (303) 457-5800.
7. Defendant Cheryl Stevens, Clerk of the Colorado Supreme Court, 2 E 14th St, Denver, Colorado 80203. Email cheryl.stevens@judicial.state.co.us. Telephone (720) 625-5150.

**C.    JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

 X      Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

<u>42 U.S.C. §§ 1983 and 1985;   Title II of the ADA, 42 U.S.C. § 12131(1); Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq.; Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.; The Age Discrimination in Employment Act of 1967 (ADEA), 29 U.S.C. §§ 621 to 634; The Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.; Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. §794</u>

\_\_\_    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and*

*label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

    SEE ATTACHED:  D. STATEMENT OF CLAIMS

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

WHEREFORE, Plaintiff, Jane Roe, respectfully prays that this Court:

    1.  Grant judgment in favor of Plaintiff on all claims and for the remedies sought in each claim;

    2.  Issue a judicial determination of the rights, duties, and obligations of the parties hereto;

    3.  Enjoin Defendant from continuing discriminatory practices and policies, and require Defendants to vacate and undo the orders and decisions dated February 20, 2024, and March 3, 2023;

    4.  Award Plaintiff actual damages in an amount to be determined at trial, including but not limited to compensation for emotional distress, lost wages, lost legal claims and rights, and damage to personal and professional reputation;

    5.  Grant Plaintiff the maximum economic, non-economic, actual, statutory, emotional, general, punitive, and other damages available under the law;

    6.  Mandate changes in policies to ensure compliance with the Americans with Disabilities Act, the Rehabilitation Act of 1973, the Civil Rights Act of 1964, and other applicable federal and state laws, ensuring equal access and non-discrimination in judicial and administrative proceedings;

    7.  Award Plaintiff attorney fees, with the appropriate multiplier, plus costs and expenses of

litigation;

    8.   Award such other and further relief in favor of Plaintiff and against Defendants as the

Court deems just and proper under the facts and circumstances alleged herein.

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

  /s    Jane Roe
  (Plaintiff's signature)


    January 8, 2025
  (Date)
(Revised February 2022)