FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:39 pm, Jan 08, 2025
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado;
BRIAN BOATRIGHT, individually, and in his official capacity as Chief Judge of the Colorado Supreme Court;
BRYON LARGE, individually, and in his official capacity as Presiding Disciplinary Judge of the Colorado Supreme Court;
JESSICA YATES, individually, and in her official capacity as Attorney Regulation Counsel of the Colorado Supreme Court;
JACOB VOS, individually, and in his official capacity as Assistant Regulation Counsel of the Colorado Supreme Court;
RHONDA WHITE MITCHELL, individually, and in her official capacity as Senior Assistant Regulation Counsel of the Colorado Supreme Court; and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado Supreme Court,

    Defendant(s).

## PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH COURT'S ORDER [ECF No. 4]

Plaintiff Jane Roe, pro se and pursuant to the Court's Order to Cure Deficiencies, issued December 9, 2024 [ECF No. 4], hereby certifies that she has timely complied with the Order as follows:

1. On January 2, 2025, Plaintiff filed her Motion for Leave to Restrict, seeking permission from the court to proceed anonymously in this action [ECF No. 5]. With the Motion, Plaintiff filed as Restricted—Level 1 her Notice of Plaintiff's True Identity. [ECF No. 6].

2. On January 6, 2025, Plaintiff paid the court filing fee [ECF No. 7].

3. On January 8, 2025, Plaintiff filed her Corrected Complaint and Jury Demand on the Court's approved form [ECF No. 10], with appended "Section D. Statement of Claims" [ECF No. 10-1].

Respectfully submitted,

/s/ Jane Roe
Jane Roe, Plaintiff

Date: Wednesday, January 8, 2025