FILED  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  
*8:00 am, Jan 10, 2025*  
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado;
BRIAN BOATRIGHT, individually, and in his official capacity as Chief Judge of the Colorado Supreme Court;
BRYON LARGE, individually, and in his official capacity as Presiding Disciplinary Judge of the Colorado Supreme Court;
JESSICA YATES, individually, and in her official capacity as Attorney Regulation Counsel of the Colorado Supreme Court;
JACOB VOS, individually, and in his official capacity as Assistant Regulation Counsel of the Colorado Supreme Court;
RHONDA WHITE MITCHELL, individually, and in her official capacity as Senior Assistant Regulation Counsel of the Colorado Supreme Court; and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado Supreme Court,

    Defendant(s).

---

**PLAINTIFF'S MOTION FOR LEAVE TO RESPOND TO OBJECTION FILED BY NON-PARTY**

---

Plaintiff Jane Roe, pro se, moves the court for leave to respond to the Objection filed by the non-party. In support of this Motion, Plaintiff states:

1. The Plaintiff received a purported copy but has not received the file-stamped Objection.

2. The Objection was unexpected, and is quite lengthy with multiple citations of unpublished decisions and several complex arguments.

3. Plaintiff's motion for appointment of counsel [ECF 6] is still pending before the court.

4. Plaintiff does not have prior experience with such objections by a non-party, and needs advice from counsel on how to proceed and how to respond to the Objection.

5. The Plaintiff does not want her name disclosed to the public, and is especially concerned with the non-party's implied intent to hijack these proceedings and relitigate issues in the press about which he and his purported client showed no interest when the decisions were issued.

6. The Plaintiff has asked the attorney and the organization for a list of members, because that information is, ironically, not available on the organization's website.

7. Plaintiff respectfully submits that the foregoing reasons constitute good cause to grant her leave to file a response to the Objection, and to allow her at least 30 days from the date the file-stamped copy of the Objection is received in the mail at Plaintiff's address. Allowing one week for mailing, Plaintiff asks the court to grant her leave to respond to the objection by February 22, 2025.

WHEREFORE, for the foregoing reasons, the Plaintiff Jane Roe respectfully requests the court to enter an Order granting her leave to file a response to the Objection to her Motion for Leave to Restrict, filed by the non-party, by February 22, 2025, and to abstain from ruling on the pending Motion to Restrict until after February 22, 2025.

Respectfully submitted,

/s/ Jane Roe
Jane Roe, Plaintiff

Date: Thursday, January 9, 2025

CERTIFICATE OF SERVICE

I certify that I filed this Motion with the Court and served it on the non-party by email on January 9, 2025.

/s/ Jane Roe
Jane Roe, Plaintiff