# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado,
BRIAN BOATRIGHT, individually and in his official capacity as Chief Judge of the
    Colorado Supreme Court,
BRYON LARGE, individually and in his official capacity as Presiding Disciplinary Judge
    of the Colorado Supreme Court,
JESSICA YATES, individually and in her official capacity as Attorney Regulation
    Counsel of the Colorado Supreme Court,
JACOB VOS, individually and in his official capacity as Assistant Regulation Counsel of
    the Colorado Supreme Court,
RHONDA WHITE MITCHELL, individually and in her official capacity as Senior
    Assistant Regulation Counsel of the Colorado Supreme Court, and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado
    Supreme Court,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE SCOTT T. VARHOLAK

    On January 10, 2025, Plaintiff filed a Motion for Leave to Respond to Motion filed by Non-Party (ECF No. 13). The Motion is **GRANTED** in part as follows: Plaintiff shall have **thirty (30) days from the date of this Minute Order** to file a response to the motion filed by a non-party regarding proceeding with a pseudonym.

Dated:   January 14, 2025