# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado,
BRIAN BOATRIGHT, individually & officially, Chief Judge of the Colo. S. Ct.,
BRYON LARGE, individually & officially, Presiding Disciplinary Judge of the Colo. S. Ct.,
JESSICA YATES, individually & officially, Attorney Regulation Counsel of the Colo. S. Ct.,
JACOB VOS, individually & officially, Asst. Regulation Counsel of the Colo. S. Ct.,
RHONDA WHITE MITCHELL, individually & officially, Sr. Asst. Regulation Counsel of the Colo. S. Ct., and
CHERYL STEVENS, individually & officially, Clerk of the Colo. S. Ct.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE SCOTT T. VARHOLAK

    On February 5, 2025, Plaintiff filed a "Motion for Clarification, Extension of Time, Appointment of Counsel." (ECF No. 18). The Motion is **GRANTED in part and DENIED in part**. As to Plaintiff's request to clarify the January 9, 2025 Second Order Directing Plaintiff to Cure Deficiencies (*see* ECF No. 14), the request is GRANTED. The Court informs Plaintiff that the noted deficiencies have been cured. As the deficiencies have been cured, her motion for extension of time to cure the deficiencies is DENIED as moot. As to her request for appointment of counsel, the request is again DENIED as premature because this case is in initial review pursuant to D.C.COLO.LCivR 8.1(a).

    The Court also notes that because this case is initial review, no response or Answer by the Defendants is required until initial review is complete. *See* D.C.COLO.LCivR 8.1(c). Further, the Court's Orders and notifications that are being sent to Plaintiff at her address of record are being returned to the Court as undeliverable by the United States Postal Service. (*See* ECF Nos. 16 & 17). Plaintiff's address of record appears to be unusual (containing a street address as well as a very long – 7 digit -- post office box number); therefore, if she wishes to receive mail from the Court, she should update her mailing address.

Dated:   February 10, 2025