FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*10:32 am, Feb 13, 2025*
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado;
BRIAN BOATRIGHT, individually, and in his official capacity as Chief Judge of the Colorado Supreme Court;
BRYON LARGE, individually, and in his official capacity as Presiding Disciplinary Judge of the Colorado Supreme Court;
JESSICA YATES, individually, and in her official capacity as Attorney Regulation Counsel of the Colorado Supreme Court;
JACOB VOS, individually, and in his official capacity as Assistant Regulation Counsel of the Colorado Supreme Court;
RHONDA WHITE MITCHELL, individually, and in her official capacity as Senior Assistant Regulation Counsel of the Colorado Supreme Court; and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado Supreme Court,

    Defendant(s).

---

**Motion for Extension of Time to Respond to Non-Party Objection [ECF 10]**

---

The Plaintiff pro se hereby moves the court for a short additional extension of time to respond to the non-party objection to her motion for leave to restrict. In support of this motion, Plaintiff states:

    1.    The Court's January 14, 2025 Minute Order set February 13, 2025 as Plaintiff's deadline to respond to the Objection [ECF 15].

2. On February 5, 2025, the Court entered an order stating that Plaintiff had cured the deficiencies stated in the Court's January 9, 2025 Order [ECF No. 4], and denied Plaintiff's request for counsel as premature [ECF No. 19]. The Court also said that this action is still in preliminary review.

3. Plaintiff is not a practicing attorney and has other work obligations. Without the assistance of counsel, Plaintiff needs additional time to research and respond to the non-party's objection.

4. Plaintiff requests an additional fourteen (14) days in which to file her response to the non-party objection.

5. Plaintiff submits that no other party will be prejudiced by the requested extension, and good cause is shown.

6. Plaintiff also informs the court that she has received the mail from the Court sent on February 6, 2025. The mailing address is legitimate and correct.

7. Therefore, Plaintiff respectfully asks the court to grant her 14 days of additional time to respond to the Objection, through and including February 27, 2025.

Respectfully submitted,

/s/ Jane Roe
Jane Roe, Plaintiff

Date: Thursday, February 13, 2025