FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*10:06 am, Feb 27, 2025*
JEFFREY P. COLWELL, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado;
BRIAN BOATRIGHT, individually, and in his official capacity as Chief Judge of the Colorado Supreme Court;
BRYON LARGE, individually, and in his official capacity as Presiding Disciplinary Judge of the Colorado Supreme Court;
JESSICA YATES, individually, and in her official capacity as Attorney Regulation Counsel of the Colorado Supreme Court;
JACOB VOS, individually, and in his official capacity as Assistant Regulation Counsel of the Colorado Supreme Court;
RHONDA WHITE MITCHELL, individually, and in her official capacity as Senior Assistant Regulation Counsel of the Colorado Supreme Court; and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado Supreme Court,

    Defendant(s).

---

**Motion for Extension of Time to Respond to Non-Party Objection [ECF 10]**

---

The Plaintiff pro se hereby moves the court for an additional extension of time to respond to the non-party objection to her motion for leave to restrict. In support of this motion, Plaintiff states:

1. The Court's February 14, 2025, Minute Order set February 27, 2025, as Plaintiff's deadline to respond to the Objection [ECF 21].

2. A very close family friend of more than 40 years recently passed. She was like a mother to Plaintiff. The grief and memorial service have derailed Plaintiff's progress on the response in the past two weeks.

3. Plaintiff requests an additional fourteen (14) days in which to file her response to the non-party objection.

4. Plaintiff submits that the requested extension will prejudice no other party, and good cause is shown.

5. Therefore, Plaintiff respectfully asks the court to grant her 14 days of additional time to respond to the Objection, through and including March 14, 2025.

Respectfully submitted,

/s/ Jane Roe
Jane Roe, Plaintiff

Date: Thursday, February 27, 2025