

# Eugene Volokh

*Gary T. Schwartz Distinguished Professor of Law Emeritus*

**Contact**

 › Faculty & Research (/faculty) › Faculty Profiles (/faculty/faculty-profiles) › Eugene Volokh

- B.S. UCLA, 1983
- J.D. UCLA, 1992
- UCLA Law faculty since 1994

<span style="color:red">Exhibit 1</span>

📍 UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA, 90095

📞 (310) 206-3926 (tel: (310) 206-3926)

Eugene Volokh teaches First Amendment law and a First Amendment amicus brief clinic at UCLA School of Law, where he has also often taught copyright law, criminal law, tort law, and a seminar on firearms regulation policy.

Before coming to UCLA, he clerked for Justice Sandra Day O'Connor on the U.S. Supreme Court and for Judge Alex Kozinski on the U.S. Court of Appeals for the Ninth Circuit.

Volokh is the author of the textbooks *The First Amendment and Related Statutes* (6th ed. 2016), and *Academic Legal Writing* (5th ed. 2013), as well as over 90 law review articles. He is a member of The American Law Institute (http://ali.org/), a member of the American Heritage Dictionary Usage Panel, and the founder and coauthor of The Volokh Conspiracy (http://reason.com/volokh), a leading legal blog. His law review articles have been cited by opinions in eight Supreme Court cases and several hundred court opinions in total, as well as several thousand scholarly articles.

Volokh worked for 12 years as a computer programmer. He graduated from UCLA with a B.S. in math-computer science at age 15, and has written many articles on computer software. Volokh was born in the USSR; his family emigrated to the U.S. when he was seven years old.

volokh@law.ucla.edu (mailto:volokh@law.ucla.edu)

# Bibliography

+ ***BOOKS***

+ ***ARTICLES AND CHAPTERS***

+ ***BLOGS, OP-EDS, AND MISCELLANY***

+ ***FICTION***

# Courses Available

**LAW 724**

First Amendment Amicus Brief Clinic

→

**LAW 906**

Intensive Editing Workshop

→