**From:** Jane Roe jane.roewy@icloud.com
**Subject:** URGENT 24-cv-3400 Roe v Colo Judicial Dept et al Attempt to Confer
**Date:** January 10, 2025 at 13:50
**To:** Eugene Volokh volokh@stanford.edu
**Bcc:** Jane Roe jane.roewy@icloud.com

Mr. Volokh

[This message was queued up to send two hours ago but didn't go out due to a network error.  Please let me know within the hour if you will be filing a correction today.  Otherwise, I will file something with the court before 5 pm today.]

When you filed your Objection, you added yourself as a Defendant.  I just got off the phone with the Clerk of the Colorado District court. This is improper.  The Clerk's office and the case administrator both informed me that you need to file a motion with the court to correct that.  You are not a defendant in this case.  You are the attorney for the objector and if you are also an objector pro se, that needs to be correctly shown on the Docket and the court records.   I assume you did this intentionally in order to gain access to the restricted document without awaiting an order from the court.  I hope I am wrong.  Please file the motion for correction immediately.  You have already multiplied this case unnecessarily, and this abuse of the ECF filing system has created an emergency.

Also, you misrepresented in your objection that the list of members of the association is available on their website.  It is not.  Please correct this also.

Finally, your signature block is misleading.  You are not an attorney with Stanford University, or even a law professor there.  Whatever scope of representation you have with the organization, is done by you individually.  The University does not represent this organization.  By using the University information and name, you are holding yourself out to the court and the public as something you are not, and clearly misusing the authority of the university.  Especially here where you supposedly represent an anonymous organization.  You should have and use an address that is not affiliated with the Hoover Institute or Stanford University.

These are three very serious matters of misleading the court, and I trust you will file corrections and change your address with the court immediately.

Please consider this an attempt to confer with you so I don't have to file something with the Court in your stead.

Thank you.

> On Jan 9, 2025, at 22:23, Eugene Volokh <volokh@stanford.edu> wrote:
>
> Ms. Doe:  I think the Identity of Objectors section in the objection (an extra copy is attached) answers why we care about the case, and identifies all the objectors on whose behalf the objection is filed.  I believe that Objectors are not required to provide anything further in such a situation.
>
> Eugene Volokh
>
> -----Original Message-----
> From: Jane Roe <jane.roewy@icloud.com>
> Sent: Thursday, January 9, 2025 6:55 PM
> To: Eugene Volokh <volokh@stanford.edu>

Exhibit 2

> To: Eugene Volokh <volokh@stanford.edu>
> Subject: Request for information Re: Unpublished decisions
> Importance: High
>
> Mr. Volokh
>
> Please provide a complete list of the members of the organization you say you represent, identify any other entities on whose behalf you are acting, and proof of who hired you to object here.
>
> Why do you care about this case?
>
> Thank you
>
>> On Jan 9, 2025, at 18:04, Eugene Volokh <volokh@stanford.edu> wrote:
>>
>> Ms. Roe:  Here are the unpublished decisions we cite in our objection – if you find that I've omitted any, please let me know and I'll send them.
>>
>> Eugene Volokh
>> Counsel for Objectors
>> <Doe v Wang.pdf><Doe v Republic of Poland.pdf><Hernandez v Bishara.pdf><Doe v Washington Post Co.pdf><Smith v Corizon Healthcare.pdf><Nguyen v Islamic Republic of Iran.pdf><Doe v Law Offices of Andrew Weiss.pdf><Doe v Woodard.pdf><Doe v Roe.pdf><Doe v Washington Post.pdf><Chalmers v Martin.pdf><Roe v Does 111.pdf><Roe v Doe.pdf><Raiser v Church of Jesus Christ of Latter-Day Saints.pdf><Haynes v Haggerty.pdf>
>
> <final.pdf>