STATE OF COLORADO

NOTICE TO ATTORNEY GENERAL

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3/19/2025
**JEFFREY P. COLWELL, CLERK**

<u>C.R.S 24-10-101, et seq.</u>

<u>24-10-109, (in part) 3(a)</u>

(1) Any person claiming to have suffered an injury by a public entity or an employee thereof while in the course of such employment shall file a written notice as provided in this section within 182 days after the date of the discovery of the injury. . .

(2) If the claim is against the State or an employee thereof, the notice shall be filed with the attorney general. . . **Such notice shall be effective upon mailing by registered or certified mail, return receipt requested, or upon personal service.**

**ADDRESS:** **COLORADO DEPARTMENT OF LAW**
**CIVIL LITIGATION AND EMPLOYMENT LAW SECTION**
**TORT LITIGATION UNIT**
**RALPH L. CARR COLORADO JUDICIAL CENTER**
**1300 BROADWAY, 10TH FLOOR**
**DENVER, CO  80203**

\*
Date format: MM/DD/YYYY

| | |
|---|---|
| Jane Roe | (970)904-0060 |
| NAME OF CLAIMANT | CONTACT PHONE |

| | | | |
|---|---|---|---|
| 34 N. Franklin Ave, #687-1992 | Pinedale | WY | 82941 |
| ADDRESS | CITY | STATE | ZIP CODE |

| | |
|---|---|
| Jane.RoeWY@icloud.com | 08/20/1966 |
| EMAIL ADDRESS | DATE OF BIRTH |

| | |
|---|---|
| Colorado Judicial Dept. | Brian Boatright, Bryon Large, Jessica Yates, Jacob Vos, Rhonda + |
| STATE AGENCY INVOLVED | STATE EMPLOYEE(S) INVOLVED |

| | | |
|---|---|---|
| multiple | Denver/Denver | |
| DATE OF OCCURRENCE / TIME OF DAY | CITY / COUNTY | LOCATION (see instructions) |

See attached Complaint

DESCRIPTION OF OCCURRENCE

See attached Complaint

DESCRIPTION OF INJURIES/DAMAGES/LOSSES

$5 million

$ AMOUNT CLAIMED

I certify that the foregoing statements made by me are true.

| | |
|---|---|
| | 09/01/2024 |
| CLAIMANT SIGNATURE | DATE |

**RETURN ORIGINAL TO ATTORNEY GENERAL.  MAINTAIN A COPY FOR YOUR PERSONAL RECORDS.**

**ATTACH COPIES OF ANY SUPPORTING DOCUMENTS.  PROCESSING TIME MAY TAKE UP TO 8 WEEKS.**

State Office of Risk Management

Claim Process & Instructions

To file a claim with the State of Colorado, you must:

1. Complete the attached form and return it to the address listed at the top of the page. You may fill in the form on line, but you must print out the form in order to send it to the Attorney General's Office (AGO). Please use the arrow keys to navigate through the fields in the form. Do not use the enter key.

2. Provide as much detail as possible about the incident, especially the location where it happened; e.g. highway traveling on, direction traveling, lane traveling in, mile marker or nearest exit, streets at a specific intersection, city, county, or nearest landmark. Please provide an approximate dollar amount of damages.

3. After your claim has been received at the Attorney General's Office for filing, it will be forwarded to the State Office of Risk Management. An insurance adjuster will be assigned to investigate your claim.

4. If any further information or documentation is needed from you, the adjuster will contact you. Investigation of your claim may take an additional 4 - 6 weeks from the time you mail your form to the AGO.

5. Once liability has been established, the insurance adjuster will contact you by phone or mail, depending on the nature of your incident.
    - ➢ If your claim is denied you will receive a letter in the mail.
    - ➢ If the State accepts liability, an Adjuster will contact you for estimates and send a release for payment. A check will be mailed to you approximately 2 weeks from the date you send the signed release to the Adjuster.

6. You may visit the State Office of Risk Management (SORM) website at https://osc.colorado.gov/liability-claims to check on the status of your claim or call SORM at 303-866-4987 (Denver Metro Area).

Please note: The <u>total estimated</u> time to complete the claim process is 6 – 8 weeks.

**RETURN ORIGINAL TO ATTORNEY GENERAL. MAINTAIN A COPY FOR YOUR PERSONAL RECORDS.**

**ATTACH COPIES OF ANY SUPPORTING DOCUMENTS. PROCESSING TIME MAY TAKE UP TO 8 WEEKS.**

October 2022

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

Jane Roe )
*Plaintiff* )
v. ) Civil Action No. 24-cv-3400-SVT
Colorado Judicial Dept. et al. )
*Defendant* )

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To: Hon Brian Boatright, Colorado Supreme Court, 2 E 14th St., Denver, CO 80203
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: January 6, 2025

/s Jane Roe
*Signature of the attorney or unrepresented party*

Jane Roe
*Printed name*

34 N. Franklin Ave.
P.O. Box 687-1992
Pinedale, WY  82941
*Address*

Jane.roeWY@icloud.com
*E-mail address*

(970) 904-0060
*Telephone number*

[Print]  [Save As...]  [Reset]

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Jane Roe | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Colorado Judicial Department, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jane Roe
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

　　I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

　　I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

　　I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

Hon. Brian Boatright
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

　　Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

　　"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

　　If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

　　If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Print　　　Save As...　　　Reset

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Jane Roe ) |  |
| *Plaintiff* ) |  |
| v. ) | Civil Action No. |
| Colorado Judicial Department, et al. ) |  |
| *Defendant* ) |  |

**WAIVER OF THE SERVICE OF SUMMONS**

To: Jane Roe
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

Hon. Bryon Large
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Print     Save As...     Reset

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

| Jane Roe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 24-cv-3400-SVT |
| Colorado Judicial Dept. et al. | ) |
| *Defendant* | ) |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To: Colorado Judicial Department, Phil Weiser, Attorney General's Office, 1300 Broadway, Denver, Colorado, 80203.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: January 6, 2025

s Jane Roe
*Signature of the attorney or unrepresented party*

Jane Roe
*Printed name*

34 N. Franklin Ave.
P.O. Box 687-1992
Pinedale, WY  82941
*Address*

Jane.roeWY@icloud.com
*E-mail address*

(970) 904-0060
*Telephone number*

[Print]  [Save As...]  [Reset]

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

| Jane Roe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 24-cv-3400-SVT |
| Colorado Judicial Dept. et al. | ) |
| *Defendant* | ) |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To:   Colorado Judicial Department, Phil Weiser, Attorney General's Office, 1300 Broadway, Denver, Colorado, 80203.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   January 6, 2025

s Jane Roe
*Signature of the attorney or unrepresented party*

Jane Roe
*Printed name*

34 N. Franklin Ave.
P.O. Box 687-1992
Pinedale, WY  82941
*Address*

Jane.roeWY@icloud.com
*E-mail address*

(970) 904-0060
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

| Jane Roe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 24-cv-3400-SVT |
| Colorado Judicial Dept. et al. | ) |
| *Defendant* | ) |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To: Colorado Judicial Department, Phil Weiser, Attorney General's Office, 1300 Broadway, Denver, Colorado, 80203.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: January 6, 2025

Signature: s Jane Roe
*Signature of the attorney or unrepresented party*

Jane Roe
*Printed name*

34 N. Franklin Ave.
P.O. Box 687-1992
Pinedale, WY  82941
*Address*

Jane.roeWY@icloud.com
*E-mail address*

(970) 904-0060
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

_____Jane Roe_____ )
*Plaintiff* )
v. ) Civil Action No. 24-cv-3400-SVT
Colorado Judicial Dept. et al. )
*Defendant* )

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To: Colorado Judicial Department, Phil Weiser, Attorney General's Office, 1300 Broadway, Denver, Colorado, 80203.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: January 6, 2025

s Jane Roe
*Signature of the attorney or unrepresented party*

Jane Roe
*Printed name*

34 N. Franklin Ave.
P.O. Box 687-1992
Pinedale, WY  82941
*Address*

Jane.roeWY@icloud.com
*E-mail address*

(970) 904-0060
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

| Jane Roe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 24-cv-3400-SVT |
| Colorado Judicial Dept. et al. | ) |
| *Defendant* | ) |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To: Colorado Judicial Department, Phil Weiser, Attorney General's Office, 1300 Broadway, Denver, Colorado, 80203.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: January 6, 2025

s Jane Roe
*Signature of the attorney or unrepresented party*

Jane Roe
*Printed name*

34 N. Franklin Ave.
P.O. Box 687-1992
Pinedale, WY  82941
*Address*

Jane.roeWY@icloud.com
*E-mail address*

(970) 904-0060
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

| Jane Roe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 24-cv-3400-SVT |
| Colorado Judicial Dept. et al. | ) |
| *Defendant* | ) |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To: Colorado Judicial Department, Phil Weiser, Attorney General's Office, 1300 Broadway, Denver, Colorado, 80203.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: January 6, 2025

s Jane Roe
*Signature of the attorney or unrepresented party*

Jane Roe
*Printed name*

34 N. Franklin Ave.
P.O. Box 687-1992
Pinedale, WY  82941
*Address*

Jane.roeWY@icloud.com
*E-mail address*

(970) 904-0060
*Telephone number*

[Print]  [Save As...]  [Reset]

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Jane Roe  
*Plaintiff*  
v.  
Colorado Judicial Dept. et al.  
*Defendant*

Civil Action No. 24-cv-3400-SVT

## WAIVER OF THE SERVICE OF SUMMONS

To: Jane Roe  
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: January 6, 2025

*s* Jane Roe  
*Signature of the attorney or unrepresented party*

Colorado Judicial Department  
*Printed name of party waiving service of summons*

Jane Roe  
*Printed name*

34 N. Franklin Ave.  
P.O. Box 687-1992  
Pinedale, WY  82941  
*Address*

Jane.roeWY@icloud.com  
*E-mail address*

(970) 904-0060  
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

[Print]   [Save As...]   [Reset]

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Jane Roe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 24-cv-3400-SVT |
| Colorado Judicial Dept. et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jane Roe
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: January 6, 2025

s Jane Roe
*Signature of the attorney or unrepresented party*

Colorado Judicial Department
*Printed name of party waiving service of summons*

Jane Roe
*Printed name*

34 N. Franklin Ave.
P.O. Box 687-1992
Pinedale, WY  82941
*Address*

Jane.roeWY@icloud.com
*E-mail address*

(970) 904-0060
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Print     Save As...     Reset

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

| Jane Roe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 24-cv-3400-SVT |
| Colorado Judicial Dept. et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jane Roe
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: January 6, 2025                                          s Jane Roe
                                                                *Signature of the attorney or unrepresented party*

Colorado Judicial Department                                    Jane Roe
*Printed name of party waiving service of summons*              *Printed name*

                                                                34 N. Franklin Ave.
                                                                P.O. Box 687-1992
                                                                Pinedale, WY 82941
                                                                *Address*

                                                                Jane.roeWY@icloud.com
                                                                *E-mail address*

                                                                (970) 904-0060
                                                                *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Print    Save As...    Reset

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Jane Roe  )
*Plaintiff*  )
v.  ) Civil Action No. 24-cv-3400-SVT
Colorado Judicial Dept. et al.  )
*Defendant*  )

## WAIVER OF THE SERVICE OF SUMMONS

To: Jane Roe
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: January 6, 2025

s Jane Roe
*Signature of the attorney or unrepresented party*

Colorado Judicial Department
*Printed name of party waiving service of summons*

Jane Roe
*Printed name*

34 N. Franklin Ave.
P.O. Box 687-1992
Pinedale, WY 82941
*Address*

Jane.roeWY@icloud.com
*E-mail address*

(970) 904-0060
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Print    Save As...    Reset

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Jane Roe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 24-cv-3400-SVT |
| Colorado Judicial Dept. et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jane Roe
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: January 6, 2025

s Jane Roe
*Signature of the attorney or unrepresented party*

Colorado Judicial Department
*Printed name of party waiving service of summons*

Jane Roe
*Printed name*

34 N. Franklin Ave.
P.O. Box 687-1992
Pinedale, WY  82941
*Address*

Jane.roeWY@icloud.com
*E-mail address*

(970) 904-0060
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Print    Save As...    Reset

STATE OF COLORADO

NOTICE TO ATTORNEY GENERAL

C.R.S 24-10-101, et seq.

24-10-109, (in part) 3(a)

(1) Any person claiming to have suffered an injury by a public entity or an employee thereof while in the course of such employment shall file a written notice as provided in this section within 182 days after the date of the discovery of the injury. . .

**(2)** If the claim is against the State or an employee thereof, the notice shall be filed with the attorney general. . **. Such notice shall be effective upon mailing by registered or certified mail, return receipt requested, or upon personal service.**

ADDRESS:  **COLORADO DEPARTMENT OF LAW**
**CIVIL LITIGATION AND EMPLOYMENT LAW SECTION**
**TORT LITIGATION UNIT**
**RALPH L. CARR COLORADO JUDICIAL CENTER**
**1300 BROADWAY, 10TH FLOOR**
**DENVER, CO  80203**

*

Date format: MM/DD/YYYY

_____    _____
NAME OF CLAIMANT                                         CONTACT PHONE

_____    _____    _____
ADDRESS                                                          CITY                                                              STATE           ZIP CODE

_____    _____
EMAIL ADDRESS                                                                                            DATE OF BIRTH

_____    _____
STATE AGENCY INVOLVED                        STATE EMPLOYEE(S) INVOLVED

_____    _____    _____
DATE OF OCCURRENCE / TIME OF DAY       CITY / COUNTY                       LOCATION (see instructions)

_____
DESCRIPTION OF OCCURRENCE

_____
DESCRIPTION OF INJURIES/DAMAGES/LOSSES

_____
$ AMOUNT CLAIMED

I certify that the foregoing statements made by me are true.

_____    _____
CLAIMANT SIGNATURE                                                                      DATE

**RETURN ORIGINAL TO ATTORNEY GENERAL.  MAINTAIN A COPY FOR YOUR PERSONAL RECORDS.**

**ATTACH COPIES OF ANY SUPPORTING DOCUMENTS.  PROCESSING TIME MAY TAKE UP TO 8 WEEKS.**

State Office of Risk Management

Claim Process & Instructions

To file a claim with the State of Colorado, you must:

1. Complete the attached form and return it to the address listed at the top of the page.  You may fill in the form on line, but you must print out the form in order to send it to the Attorney General's Office (AGO).  Please use the arrow keys to navigate through the fields in the form.  Do not use the enter key.

2. Provide as much detail as possible about the incident, especially the location where it happened; e.g. highway traveling on, direction traveling, lane traveling in, mile marker or nearest exit, streets at a specific intersection, city, county, or nearest landmark.  Please provide an approximate dollar amount of damages.

3. After your claim has been received at the Attorney General's Office for filing, it will be forwarded to the State Office of Risk Management. An insurance adjuster will be assigned to investigate your claim.

4. If any further information or documentation is needed from you, the adjuster will contact you. Investigation of your claim may take an additional 4 - 6 weeks from the time you mail your form to the AGO.

5. Once liability has been established, the insurance adjuster will contact you by phone or mail, depending on the nature of your incident.
   - If your claim is denied you will receive a letter in the mail.
   - If the State accepts liability, an Adjuster will contact you for estimates and send a release for payment. A check will be mailed to you approximately 2 weeks from the date you send the signed release to the Adjuster.

6. You may visit the State Office of Risk Management (SORM) website at https://osc.colorado.gov/liability-claims to check on the status of your claim or call SORM at 303-866-4987 (Denver Metro Area).

Please note: The <u>total estimated</u> time to complete the claim process is 6 – 8 weeks.

**RETURN ORIGINAL TO ATTORNEY GENERAL.  MAINTAIN A COPY FOR YOUR PERSONAL RECORDS.**

**ATTACH COPIES OF ANY SUPPORTING DOCUMENTS.  PROCESSING TIME MAY TAKE UP TO 8 WEEKS.**

October 2022