IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado,
BRIAN BOATRIGHT, individually & officially, Chief Judge of the Colo. S. Ct.,
BRYON LARGE, individually & officially, Presiding Disciplinary Judge of the Colo. S. Ct.,
JESSICA YATES, individually & officially, Attorney Regulation Counsel of the Colo. S. Ct.,
JACOB VOS, individually & officially, Asst. Regulation Counsel of the Colo. S. Ct.,
RHONDA WHITE MITCHELL, individually & officially, Sr. Asst. Regulation Counsel of the Colo. S. Ct., and
CHERYL STEVENS, individually & officially, Clerk of the Colo. S. Ct.,

    Defendants.

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE SCOTT T. VARHOLAK

    On April 7, 2025, the Clerk of the Court issued a summons pursuant to Rule 4(b) of the Federal Rules of Civil Procedure. (ECF No. 28).

    However, this action is currently under initial review pursuant to D.C.COLO.LCivR 8.1(a). Thus, any defendant that is served with process is not required to file an answer or other response until 21 days after initial review is completed and only if the case is drawn to a district judge and/or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED: April 8, 2025