FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*4:59 pm, May 01, 2025*
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado;
BRIAN BOATRIGHT, individually, and in his official capacity as Chief Judge of the Colorado Supreme Court;
BRYON LARGE, individually, and in his official capacity as Presiding Disciplinary Judge of the Colorado Supreme Court;
JESSICA YATES, individually, and in her official capacity as Attorney Regulation Counsel of the Colorado Supreme Court;
JACOB VOS, individually, and in his official capacity as Assistant Regulation Counsel of the Colorado Supreme Court;
RHONDA WHITE MITCHELL, individually, and in her official capacity as Senior Assistant Regulation Counsel of the Colorado Supreme Court; and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado Supreme Court,

    Defendant(s).

---

**Motion for Extension of Time to File Complaint per Order [ECF No. 29]**

---

The Plaintiff pro se hereby moves the court for an extension of time to file a complaint in compliance with the Court's April 7, 2025 Order [ECF No. 29]. In support of this motion, Plaintiff states:

    1.    The Court's April 7, 2025, Order requires Plaintiff to file a new complaint with her name within 30 days, by May 5, 2025, or suffer dismissal. [ECF 29].

2. Although the Order states that such dismissal would be without prejudice, the statute of limitations would preclude some or all of Plaintiff's claims if the case were to be dismissed, which means that such dismissal *would* be with prejudice, even if it said it were without prejudice.

3. On April 21, 2025, Plaintiff filed a Motion for clarification, stay, and other relief [ECF No. 30], which is still awaiting a decision from the court.

4. At the outset of this case, Plaintiff requested assistance from court-appointed counsel, which the Court has not allowed.

5. Due to Plaintiff's disability (cognitive impairment), Plaintiff needs assistance and additional time to figure out what to do here in light of the Order and the pending Motion for clarification.

6. Plaintiff submits that her disability is good cause to grant the requested extension of time, and that the only party that is being prejudiced is the Plaintiff.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the court to grant this Motion and grant her an additional 45 days, through and including June 20, 2025, to file an amended complaint and otherwise comply with the Order.

Respectfully submitted,

/s/ Jane Roe
Jane Roe, Plaintiff

Date: Thursday, May 1, 2025