**From:** Eugene Volokh  volokh@stanford.edu
**Subject:** RE: Service copy re: Activity in Case 1:25-mc-00004-STV In re: Volokh et al Notice (Other)
**Date:** May 1, 2025 at 17:38
**To:** Jane Roe  jane.roewy@icloud.com

Ms. Roe:  I think our filings speak for themselves, and I don't think any further e-mail exchange on this would be helpful.

Naturally, if you believe our actions are procedurally improper, you may use whatever vehicles you think are available for arguing the matter to the court.

Eugene Volokh

---

**From:** Jane Roe <jane.roewy@icloud.com>
**Sent:** Thursday, May 1, 2025 4:25 PM
**To:** Eugene Volokh <volokh@stanford.edu>
**Subject:** Re: Service copy re: Activity in Case 1:25-mc-00004-STV In re: Volokh et al Notice (Other)

Dear Mr. Volokh

Which provision of the Fed.R.Civ.P. or the Local Rules--or any other authority--allows a non-party to file into my case, or create a related case in order to file something that you cannot file into my case because you are not a party and lack standing?  Rule 12? Rule 72?  Any provision at all of the Federal Rules?

Please provide the citation to authority for your filing.  I am not aware of any, especially not of any provision that authorizes a filing because the clerk's office instructed you to file it in a related case.

And, why don't you represent me on a pro bono basis since you are so personally interested in the issues in this case?

> On May 1, 2025, at 5:18 PM, Eugene Volokh <volokh@stanford.edu> wrote:
>
> The filing, as you can see, refers to No. 1:24-cv-03400-STV; I was instructed by the Clerk's Office to file it in No. 1:25-mc-00004-STV, but it relates to that other case (just as the initial objection filed in 1:25-mc-00004-STV relates to that case).  I believe the objectors, whom I represent, are entitled to respond to your Rule 72 objection, in order to defend the Magistrate Judge's decision accepting our arguments against your motion to proceed pseudonymously.  We therefore will not withdraw the filing.
>
> Eugene Volokh
> Counsel for Objectors Colorado Freedom of Information Coalition and Eugene Volokh
>
> ---
>
> **From:** Jane Roe <jane.roewy@icloud.com>
> **Sent:** Thursday, May 1, 2025 4:04 PM
> **To:** Eugene Volokh <volokh@stanford.edu>
> **Subject:** Re: Service copy re: Activity in Case 1:25-mc-00004-STV In re: Volokh et al Notice (Other)

Exhibit 1

Mr. Volokh

I am not a party to this action, and you do not have standing to file a response to my Rule 72 objection in this or the case. What is this? Please withdraw the filing

On May 1, 2025, at 4:45 PM, Eugene Volokh <volokh@stanford.edu> wrote:

**From:** COD_ENotice@cod.uscourts.gov <COD_ENotice@cod.uscourts.gov>
**Sent:** Thursday, May 1, 2025 3:44 PM
**To:** COD_ENotice@cod.uscourts.gov
**Subject:** Activity in Case 1:25-mc-00004-STV In re: Volokh et al Notice (Other)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court - District of Colorado

District of Colorado

### Notice of Electronic Filing

The following transaction was entered by Volokh, Eugene on 5/1/2025 at 4:43 PM MDT and filed on 5/1/2025

**Case Name:** In re: Volokh et al
**Case Number:** 1:25-mc-00004-STV
**Filer:** Eugene Volokh
Colorado Freedom of Information Coalition

**Document Number:** 2
**Docket Text:**
**NOTICE *No. 1:24-cv-03400-STV, response to ECF No. 32* by Defendants Eugene Volokh, Colorado Freedom of Information Coalition (Volokh, Eugene)**

**1:25-mc-00004-STV Notice has been electronically mailed to:**

Eugene Volokh    volokh@stanford.edu, eugenevolokh@recap.email

**1:25-mc-00004-STV Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=5/1/2025] [FileNumber=10244387-0
]
[7d51b5648d71cb15f4ff9f87e5cfe424b13b98dda4b04808e2f44fe32129057074ee7d469c0859e438892f6978422dfbbe2a6bd0dd81e86058373295f09bc0e8]]