# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-3400-STV

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*12:39 pm, May 02, 2025*
JEFFREY P. COLWELL, CLERK

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado;
BRIAN BOATRIGHT, individually, and in his official capacity as Chief Judge of the Colorado Supreme Court;
BRYON LARGE, individually, and in his official capacity as Presiding Disciplinary Judge of the Colorado Supreme Court;
JESSICA YATES, individually, and in her official capacity as Attorney Regulation Counsel of the Colorado Supreme Court;
JACOB VOS, individually, and in his official capacity as Assistant Regulation Counsel of the Colorado Supreme Court;
RHONDA WHITE MITCHELL, individually, and in her official capacity as Senior Assistant Regulation Counsel of the Colorado Supreme Court; and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado Supreme Court,

    Defendant(s).

## NOTICE OF APPEAL FROM AN APPEALABLE ORDER

The Plaintiff, Jane Roe, appeals to the United States Court of Appeals for the Tenth Circuit from:

the order Denying Plaintiff's Motion for Leave to Restrict [to proceed anonymously]

entered on April 7, 2025 [ECF No. 29].

Dated May 1, 2025.

/s/ *Jane Roe*
Signature

Jane Roe
Printed Name.
34 N. Franklin Ave,
Ste 1992,
Pinedale, WY 82941

*Rev. 12/2021*