IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado,
BRIAN BOATRIGHT, individually & officially, Chief Judge of the Colo. S. Ct.,
BRYON LARGE, individually & officially, Presiding Disciplinary Judge of the Colo. S. Ct.,
JESSICA YATES, individually & officially, Attorney Regulation Counsel of the Colo. S. Ct.,
JACOB VOS, individually & officially, Asst. Regulation Counsel of the Colo. S. Ct.,
RHONDA WHITE MITCHELL, individually & officially, Sr. Asst. Regulation Counsel of the Colo. S. Ct., and
CHERYL STEVENS, individually & officially, Clerk of the Colo. S. Ct.,

    Defendants.

## ORDER

    On April 21, 2025, Plaintiff filed "Objections Pursuant to Fed. R. Civ. P. 72 to Magistrate Judge's Order on Motion to Proceed Under Pseudonym [ECF No. 29]." ("Objections") (ECF No. 32). Liberally construing the Motion, Plaintiff is objecting to Magistrate Judge Richard T. Gurley's April 7, 2025 Order Denying Plaintiff's Motion to Restrict (*see* ECF No. 32), which denied Plaintiff's request to be allowed to proceed using a pseudonym and ordered Plaintiff to file an Amended Complaint with her real name within thirty days. On May 2, 2025, Plaintiff filed a Notice of Appeal with the Tenth

1

Circuit. (ECF No. 35). On June 26, 2025, the Tenth Circuit dismissed the appeal for lack of jurisdiction. (ECF No. 39). Plaintiff has various other pending motions in this action, including a Motion for Assignment of a District Court Judge to this Case/ Clarification of Appeal /Review Procedure and for Stay (ECF No. 31), a Motion for Extension of Time (ECF No. 33), and a Motion to Strike Response to Objection filed by non-party (ECF No. 34). For the reasons discussed below, Plaintiff's Objections will be overruled, her motion for assignment of district court judge will be denied, her motion for extension of time will be granted in part, and her motion to strike response to objection filed by non-party will be denied as moot.

**Objections**

Under 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate's order is clearly erroneous or contrary to law. This action is initial review pursuant to D.C.COLO.LCivR 8.1(a). The Court has reviewed Plaintiff's arguments in her Objections (ECF No. 32) and finds that Magistrate Judge Gurley's April 7, 2025 Order Denying Plaintiff's Motion to Restrict (*see* ECF No. 29) is not clearly erroneous or contrary to law. Therefore, Plaintiff's objections (ECF No. 32) are overruled.

**Other Motions**

Next, Plaintiff's Motion for Assignment of a District Court Judge to this Case/ Clarification of Appeal/Review Procedure and for Stay (ECF No. 31) will be denied as this case is initial review pursuant to  D.C.COLO.LCivR 8.1(a) and clarification of

appeal/ review procedure is not needed as Plaintiff has already filed objections and an appeal.

Plaintiff's Motion for Extension of Time (ECF No. 33) will be granted in part. Plaintiff shall have thirty days from the date of this Order to file an Amended Complaint with her real name as directed in the Court's April 7, 2025 Order. If Plaintiff fails to file an Amended Complaint as directed within the time allowed, the action will be dismissed without further notice. Plaintiff is also notified that further extensions of time will not be granted without good cause.

Finally, Plaintiff's Motion to Strike Response to Objection filed by non-party (ECF No. 34) will be denied as moot because her Objections were overruled without reference to the non-party response.

Accordingly, it is

ORDERED that Plaintiff's "Objections Pursuant to Fed. R. Civ. P. 72 to Magistrate Judge's Order on Motion to Proceed Under Pseudonym [ECF No. 29]" (ECF No. 32) are OVERRULED. It is

FURTHER ORDERED that Plaintiff's Motion for Assignment of a District Court Judge to this Case/ Clarification of Appeal/Review Procedure and for Stay (ECF No. 31) is DENIED. It is

FURTHER ORDERED that Plaintiff's Motion for Extension of Time (ECF No. 33) will be GRANTED IN PART as follows: Plaintiff shall have **thirty (30) days from the date of this Order to file an Amended Complaint with her real name as directed in**

3

**the Court's April 7, 2025 Order.** If Plaintiff fails to file an Amended Complaint as directed within the time allowed, the action will be dismissed without further notice. It is

FURTHER ORDERED that Plaintiff's Motion to Strike Response to Objection filed by non-party (ECF No. 34) will be DENIED as moot.

DATED at Denver, Colorado, this  3rd  day of      July      , 2025.

BY THE COURT:

     s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court