FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:18 am, Jul 08, 2025
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  24-cv-3400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado;
BRIAN BOATRIGHT, individually, and in his official capacity as Chief Judge of the Colorado Supreme Court;
BRYON LARGE, individually, and in his official capacity as Presiding Disciplinary Judge of the Colorado Supreme Court;
JESSICA YATES, individually, and in her official capacity as Attorney Regulation Counsel of the Colorado Supreme Court;
JACOB VOS, individually, and in his official capacity as Assistant Regulation Counsel of the Colorado Supreme Court;
RHONDA WHITE MITCHELL, individually, and in her official capacity as Senior Assistant Regulation Counsel of the Colorado Supreme Court; and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado Supreme Court,

    Defendant(s).

## AMENDED NOTICE OF APPEAL FROM AN APPEALABLE ORDER

The Plaintiff, Jane Roe , appeals to the United States Court of Appeals for the Tenth Circuit from: the order  of the District Court Judge entered on July 3, 2025 [ECF No. 40] reaffirming the the Order of the Magistrate Judge Denying Plaintiff's Motion for Leave to Restrict [to proceed anonymously], entered on  April 7, 2025  [ECF No. 29].

Dated   July 7, 2025                .

                                                /s/ *Jane Roe*
                                         Signature
                                              Jane Roe
                                         Printed Name.
                                         34 N. Franklin Ave,
                                         Ste 1992,
                                         Pinedale, WY 82941

*Rev. 12/2021*