APPEAL,JD1,NP ProSe,PS6

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: <u>1:24−cv−03400−STV</u>

Roe (PS) v. Colorado Judicial Department et al  
Assigned to: Magistrate Judge Scott T. Varholak  
 Case:  1:25−mc−00004−STV  
 Case in other court:   10th Circuit USCA, 25−01180  
Cause: 42:12111 − Americans With Disabilities Act − Employment

Date Filed: 12/06/2024  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Jane Roe**      represented by    **Jane Roe**  
34 North Franklin  
POB 6871992  
Pinedale, WY 82941  
PRO SE

V.

**Defendant**

**Colorado Judicial Department**  
*a division of the State of Colorado*

**Defendant**

**Brian Boatright**  
*in his official capacity as Chief Judge of the Colorado Supreme Court*

**Defendant**

**Brian (I) Boatright**  
*individually*

**Defendant**

**Bryon Large**  
*in his official capacity as Presiding Disciplinary Judge of the Colorado Supreme Court*

**Defendant**

**Bryon (I) Large**  
*individually*

**Defendant**

**Jessica Yates**  
*in her official capacity as Attorney*

*Regulation Counsel of the Colorado Supreme Court*

**Defendant**

**Jessica (I) Yates**
*individually*

**Defendant**

**Jacob Vos**
*in his official capacity as Assistant Regulation Counsel of the Colorado Supreme Court*

**Defendant**

**Jacob (I) Vos**
*individually*

**Defendant**

**Rhonda White Mitchell**
*in her official capacity as Senior Assistant Regulation Counsel of the Colorado Supreme Court*

**Defendant**

**Rhonda (I) White Mitchell**
*individually*

**Defendant**

**Cheryl Stevens**
*in her official capacity as Clerk of the Colorado Supreme Court*

**Defendant**

**Cheryl (I) Stevens**
*individually*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2024 | 1 | COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF FOR VIOLATIONS OF FEDERAL AND STATE DISCRIMINATION LAWS, PRIVACY RIGHTS, CIVIL RIGHTS, AND DUE PROCESS AND JURY DEMAND against Brian Boatright, Brian (I) Boatright, Colorado Judicial Department, Bryon Large, Bryon (I) Large, Rhonda White Mitchell, Rhonda (I) White Mitchell, Cheryl Stevens, Cheryl (I) Stevens, Jacob Vos, Jacob (I) Vos, Jessica Yates, Jessica (I) Yates, filed by Jane Roe.(agryan) (Entered: 12/06/2024) |
| 12/06/2024 | 2 | NOTICE Re: Plaintiff's Mailing Address by Plaintiff Jane Roe (agryan) (Entered: 12/06/2024) |

| | | |
|---|---|---|
| 12/06/2024 | 3 | Case assigned to Magistrate Judge Richard T. Gurley. Text Only Entry. (agryan) (Entered: 12/06/2024) |
| 12/09/2024 | 4 | ORDER Directing Plaintiff to Cure Deficiencies. If Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice. The dismissal shall be without prejudice, by Magistrate Judge Richard T. Gurley on 12/9/2024. (sphil, ) (Entered: 12/09/2024) |
| 01/02/2025 | 6 | RESTRICTED DOCUMENT – Level 1: Exhibit to ECF 5 by Plaintiff Jane Roe.. (cmadr, ) (Entered: 01/03/2025) |
| 01/03/2025 | 5 | PLAINTIFF'S MOTION FOR LEAVE TO RESTRICT ACCESS PURSUANT TO D.C.COLO.LCivR 7.2 by Plaintiff Jane Roe. (cmadr, ) (Entered: 01/03/2025) |
| 01/06/2025 | 7 | PAYMENT RECEIVED from Jane Roe in the amount of $ 405.00; Receipt Number 112905; (efoga, ) (Entered: 01/06/2025) |
| 01/06/2025 | 8 | ORDER OF RECUSAL by Magistrate Judge Richard T. Gurley on 1/6/2025. This case is directly reassigned to Magistrate Judge Scott T. Varholak. All future pleadings should be designated as 24–cv–03400–STV.. (sphil, ) (Entered: 01/07/2025) |
| 01/06/2025 | 9 | MOTION to Appoint Pro Bono Counsel by Plaintiff Jane Roe. (sphil, ) (Entered: 01/07/2025) |
| 01/08/2025 | 11 | CORRECTED AMENDED COMPLAINT against Brian Boatright, Brian (I) Boatright, Colorado Judicial Department, Bryon Large, Bryon (I) Large, Rhonda White Mitchell, Rhonda (I) White Mitchell, Cheryl Stevens, Cheryl (I) Stevens, Jacob Vos, Jacob (I) Vos, Jessica Yates, Jessica (I) Yates, filed by Jane Roe. (Attachments: # 1 Continuation of Main Document)(sphil, ) (Entered: 01/10/2025) |
| 01/08/2025 | 12 | CERTIFICATE of Compliance re: 4 Order, by Plaintiff Jane Roe. (sphil, ) (Entered: 01/10/2025) |
| 01/09/2025 | 10 | RESPONSE to 5 MOTION for Leave to Restrict *(Objection Under under D.C.COLO.LCivR 7.2(d))* Attorney Eugene Volokh added to party Colorado Freedom of Information Coalition(pty:obj), Attorney Eugene Volokh added to party Eugene Volokh(pty:dft) filed by Objector Colorado Freedom of Information Coalition, Defendant Eugene Volokh. (Volokh, Eugene) (Entered: 01/09/2025) |
| 01/09/2025 | 14 | SECOND ORDER Directing Plaintiff to Cure Deficiencies. Plaintiff's Motion to Appoint Pro Bono Counsel (ECF No. 9) is DENIED without prejudice as premature, by Magistrate Judge Scott T. Varholak on 1/9/2025.(sphil, ) (Entered: 01/10/2025) |
| 01/10/2025 | 13 | MOTION for Leave to Respond 10 Response to Motion filed by Non–Party, by Plaintiff Jane Roe. (sphil, ) (Entered: 01/10/2025) |
| 01/14/2025 | 15 | MINUTE ORDER by Magistrate Judge Scott T. Varholak on 1/14/2025. Plaintiff filed a Motion for Leave to Respond to Motion filed by Non–Party (ECF No. 13). The Motion is GRANTED in part as follows: Plaintiff shall have thirty (30) days from the date of this Minute Order. to file a response to the motion filed by a non–party regarding proceeding with a pseudonym.(sphil, ) (Entered: 01/15/2025) |
| 01/21/2025 | 16 | Mail Returned as Undeliverable re: 8 Order of Recusal, 9 MOTION to Appoint Pro Bono Counsel, 11 Amended Complaint, 7 Payment Received, 14 Order on Motion to Appoint Pro Bono Counsel, 5 MOTION for Leave to Restrict, 13 MOTION for Leave to 10 Response to Motion, Addressed to Jane Roe. (Attachments: # 1 Envelope, # 2 |

| | | |
|---|---|---|
| | | Envelope, # 3 Envelope, # 4 Envelope, # 5 Envelope, # 6 Envelope) (echa, ) (Entered: 01/21/2025) |
| 01/27/2025 | 17 | Mail Returned as Undeliverable re: 15 Order on Motion for Leave, Addressed to Jane Roe. (echa, ) (Entered: 01/27/2025) |
| 02/05/2025 | 18 | MOTION for Extension of Time, Motion for Clarification and Appointment of Counsel, by Plaintiff Jane Roe. (sphil, ) (Entered: 02/06/2025) |
| 02/10/2025 | 19 | MINUTE ORDER by Magistrate Judge Scott T. Varholak on 2/10/2025. Plaintiff filed a "Motion for Clarification, Extension of Time, Appointment of Counsel."(ECF No. 18). The Motion is GRANTED in part and DENIED in part.(sphil, ) (Entered: 02/11/2025) |
| 02/13/2025 | 20 | MOTION for Extension of Time to Respond by Plaintiff Jane Roe. (sphil, ) (Entered: 02/13/2025) |
| 02/14/2025 | 21 | MINUTE ORDER. Plaintiff's Motion for Extension of Time (ECF No. 20 ) is GRANTED. Plaintiff shall have until February 27, 2025 to file a response to the motion filed by a non−party regarding Plaintiff proceeding with a pseudonym (see ECF No. 13 ). By Magistrate Judge Scott T. Varholak on 2/14/2025.(amona, ) (Entered: 02/14/2025) |
| 02/27/2025 | 22 | MOTION for Extension of Time to Respond to 10 Non−Party Objection by Plaintiff Jane Roe. (sphil, ) (Entered: 02/28/2025) |
| 03/14/2025 | 23 | REPLY to Response to 5 MOTION for Leave to Restrict filed by Plaintiff Jane Roe. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(sphil, ) (Entered: 03/17/2025) |
| 03/19/2025 | 25 | NOTICE of Claim by Plaintiff Jane Roe (sphil, ) (Entered: 03/21/2025) |
| 03/20/2025 | 24 | NOTICE OF ERRORS re: 23 REPLY to Response to 5 MOTION for Leave to Restrict by Plaintiff Jane Roe (sphil, ) (Entered: 03/21/2025) |
| 03/25/2025 | 26 | Corrected REPLY to Response to 5 MOTION for Leave to Restrict by Plaintiff Jane Roe. (sphil, ) (Entered: 03/26/2025) |
| 04/03/2025 | 27 | NOTICE of a Lawsuit and Request to Waive Service of a Summons Unsigned by the Defendants Submitted by Plaintiff Jane Roe. (sphil, ) (Entered: 04/04/2025) |
| 04/07/2025 | 28 | SUMMONSES issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (sphil, ) (Entered: 04/07/2025) |
| 04/07/2025 | 29 | ORDER by Magistrate Judge Scott T. Varholak on 4/7/2025, re: 22 Plaintiff's motion seeking an extension of time is DENIED as moot. Plaintiff's Motion for Leave to Restrict Access Pursuant to D.C.COLO.LCivR 7.2, requesting to be allowed to proceed using a pseudonym 5 is DENIED. (sphil, ) (Entered: 04/07/2025) |
| 04/08/2025 | 30 | MINUTE ORDER re: 28 Summons Issued by Magistrate Judge Scott T. Varholak on 4/8/2025. ORDERED this action is currently under initial review pursuant to D.C.COLO.LCivR 8.1(a). Thus, any defendant that is served with process is not required to file an answer or other response until 21 days after initial review is completed and only if the case is drawn to a district judge and/or a magistrate judge.under D.C.COLO.LCivR 8.1(c). (sphil, ) (Entered: 04/08/2025) |
| 04/14/2025 | 31 | MOTION for Assignment of a District Court Judge to This Case, Clarification of Appeal/Review Procedure; and for Stay of 29 Pending Appeal/Review, by Plaintiff |

|  |  |  |
|---|---|---|
|  |  | Jane Roe. (sphil, ) (Entered: 04/15/2025) |
| 04/21/2025 | 32 | OBJECTIONS to 29 Order on Motion for Leave to Restrict,, Order on Motion for Extension of Time to File, by Plaintiff Jane Roe. (sphil, ) (Entered: 04/22/2025) |
| 05/01/2025 | 33 | MOTION for Extension of Time by Plaintiff Jane Roe. (sphil, ) (Entered: 05/02/2025) |
| 05/02/2025 | 34 | MOTION to Strike Response to Objection filed by non–party by Plaintiff Jane Roe. (Attachments: # 1 Exhibit 1)(sphil, ) (Entered: 05/02/2025) |
| 05/02/2025 | 35 | NOTICE OF APPEAL as to 29 Order by Plaintiff Jane Roe. (cmadr, ) (Entered: 05/05/2025) |
| 05/06/2025 | 36 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 35 Notice of Appeal filed by Jane Roe to the U.S. Court of Appeals. (Pro Se, Fee not paid,) (Attachments: # 1 Preliminary Record)(jrobe, ) (Entered: 05/06/2025) |
| 05/06/2025 | 37 | USCA Case Number 25–1180 for 35 Notice of Appeal filed by Jane Roe. (jrobe, ) (Entered: 05/07/2025) |
| 06/05/2025 | 38 | RECORD ON APPEAL, RE: 35 Notice of Appeal – Volume I – Pleadings – filed by the Tenth Circuit (USCA Case No. 25–1180). Text–only entry.(jrobe, ) (Entered: 06/06/2025) |
| 06/26/2025 | 39 | USCA Order as to 35 Notice of Appeal filed by Jane Roe : (USCA Case No. 25–1180). Ms. Roes motion to extend the time to pay the filing fee and the Colorado Freedom of Information Coalition and Eugene Volokhs motion for leave to file an intervenor brief are DENIED. APPEAL DISMISSED. (This document is not the Mandate). (sphil, ) Modified on 6/27/2025 to edit text. (sphil, ). (Entered: 06/27/2025) |
| 07/03/2025 | 40 | ORDER by Judge Lewis T. Babcock on 7/3/2025. Plaintiffs Objections Pursuant to Fed. R. Civ. P. 72 to Magistrate Judges Order on Motion to Proceed Under Pseudonym [ECF No. 29] (ECF No. 32) are OVERRULED. Plaintiffs Motion for Assignment of a District Court Judge to this Case/ Clarification of Appeal/Review Procedure and for Stay (ECF No. 31) is DENIED. Plaintiffs Motion to Strike Response to Objection filed by non–party (ECF No. 34) will be DENIED as moot. Plaintiffs Motion for Extension of Time (ECF No. 33)will be GRANTED IN PART as follows: Plaintiff shall have thirty (30) days from the date of this Order to file an Amended Complaint with her real name as directed in the Courts April 7, 2025 Order.(sphil, ) (Entered: 07/03/2025) |
| 07/08/2025 | 41 | AMENDED NOTICE OF APPEAL as to 40 Order by Plaintiff Jane Roe. (jrobe, ) (Entered: 07/08/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado,
BRIAN BOATRIGHT, individually & officially, Chief Judge of the Colo. S. Ct.,
BRYON LARGE, individually & officially, Presiding Disciplinary Judge of the Colo. S. Ct.,
JESSICA YATES, individually & officially, Attorney Regulation Counsel of the Colo. S. Ct.,
JACOB VOS, individually & officially, Asst. Regulation Counsel of the Colo. S. Ct.,
RHONDA WHITE MITCHELL, individually & officially, Sr. Asst. Regulation Counsel of the Colo. S. Ct., and
CHERYL STEVENS, individually & officially, Clerk of the Colo. S. Ct.,

    Defendants.

## ORDER

On April 21, 2025, Plaintiff filed "Objections Pursuant to Fed. R. Civ. P. 72 to Magistrate Judge's Order on Motion to Proceed Under Pseudonym [ECF No. 29]." ("Objections") (ECF No. 32). Liberally construing the Motion, Plaintiff is objecting to Magistrate Judge Richard T. Gurley's April 7, 2025 Order Denying Plaintiff's Motion to Restrict (*see* ECF No. 32), which denied Plaintiff's request to be allowed to proceed using a pseudonym and ordered Plaintiff to file an Amended Complaint with her real name within thirty days. On May 2, 2025, Plaintiff filed a Notice of Appeal with the Tenth

1

Circuit. (ECF No. 35). On June 26, 2025, the Tenth Circuit dismissed the appeal for lack of jurisdiction. (ECF No. 39). Plaintiff has various other pending motions in this action, including a Motion for Assignment of a District Court Judge to this Case/ Clarification of Appeal /Review Procedure and for Stay (ECF No. 31), a Motion for Extension of Time (ECF No. 33), and a Motion to Strike Response to Objection filed by non-party (ECF No. 34). For the reasons discussed below, Plaintiff's Objections will be overruled, her motion for assignment of district court judge will be denied, her motion for extension of time will be granted in part, and her motion to strike response to objection filed by non-party will be denied as moot.

**Objections**

Under 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate's order is clearly erroneous or contrary to law. This action is initial review pursuant to D.C.COLO.LCivR 8.1(a). The Court has reviewed Plaintiff's arguments in her Objections (ECF No. 32) and finds that Magistrate Judge Gurley's April 7, 2025 Order Denying Plaintiff's Motion to Restrict (*see* ECF No. 29) is not clearly erroneous or contrary to law. Therefore, Plaintiff's objections (ECF No. 32) are overruled.

**Other Motions**

Next, Plaintiff's Motion for Assignment of a District Court Judge to this Case/ Clarification of Appeal/Review Procedure and for Stay (ECF No. 31) will be denied as this case is initial review pursuant to D.C.COLO.LCivR 8.1(a) and clarification of

2

appeal/ review procedure is not needed as Plaintiff has already filed objections and an appeal.

Plaintiff's Motion for Extension of Time (ECF No. 33) will be granted in part. Plaintiff shall have thirty days from the date of this Order to file an Amended Complaint with her real name as directed in the Court's April 7, 2025 Order. If Plaintiff fails to file an Amended Complaint as directed within the time allowed, the action will be dismissed without further notice. Plaintiff is also notified that further extensions of time will not be granted without good cause.

Finally, Plaintiff's Motion to Strike Response to Objection filed by non-party (ECF No. 34) will be denied as moot because her Objections were overruled without reference to the non-party response.

Accordingly, it is

ORDERED that Plaintiff's "Objections Pursuant to Fed. R. Civ. P. 72 to Magistrate Judge's Order on Motion to Proceed Under Pseudonym [ECF No. 29]" (ECF No. 32) are OVERRULED. It is

FURTHER ORDERED that Plaintiff's Motion for Assignment of a District Court Judge to this Case/ Clarification of Appeal/Review Procedure and for Stay (ECF No. 31) is DENIED. It is

FURTHER ORDERED that Plaintiff's Motion for Extension of Time (ECF No. 33) will be GRANTED IN PART as follows: Plaintiff shall have **thirty (30) days from the date of this Order to file an Amended Complaint with her real name as directed in**

3

**the Court's April 7, 2025 Order.** If Plaintiff fails to file an Amended Complaint as directed within the time allowed, the action will be dismissed without further notice. It is

FURTHER ORDERED that Plaintiff's Motion to Strike Response to Objection filed by non-party (ECF No. 34) will be DENIED as moot.

DATED at Denver, Colorado, this  3rd  day of    July    , 2025.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, Senior Judge
                                        United States District Court

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:18 am, Jul 08, 2025
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-3400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado;
BRIAN BOATRIGHT, individually, and in his official capacity as Chief Judge of the Colorado Supreme Court;
BRYON LARGE, individually, and in his official capacity as Presiding Disciplinary Judge of the Colorado Supreme Court;
JESSICA YATES, individually, and in her official capacity as Attorney Regulation Counsel of the Colorado Supreme Court;
JACOB VOS, individually, and in his official capacity as Assistant Regulation Counsel of the Colorado Supreme Court;
RHONDA WHITE MITCHELL, individually, and in her official capacity as Senior Assistant Regulation Counsel of the Colorado Supreme Court; and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado Supreme Court,

    Defendant(s).

## AMENDED NOTICE OF APPEAL FROM AN APPEALABLE ORDER

The Plaintiff, Jane Roe, appeals to the United States Court of Appeals for the Tenth Circuit from: the order of the District Court Judge entered on July 3, 2025 [ECF No. 40] reaffirming the the Order of the Magistrate Judge Denying Plaintiff's Motion for Leave to Restrict [to proceed anonymously], entered on April 7, 2025 [ECF No. 29].

Dated July 7, 2025.

        /s/ *Jane Roe*
Signature
        Jane Roe
Printed Name.
34 N. Franklin Ave,
Ste 1992,
Pinedale, WY 82941

*Rev. 12/2021*

10