# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado,
BRIAN BOATRIGHT, individually and in his official capacity as Chief Judge of the
    Colorado Supreme Court,
BRYON LARGE, individually and in his official capacity as Presiding Disciplinary Judge
    of the Colorado Supreme Court,
JESSICA YATES, individually and in her official capacity as Attorney Regulation
    Counsel of the Colorado Supreme Court,
JACOB VOS, individually and in his official capacity as Assistant Regulation Counsel of
    the Colorado Supreme Court,
RHONDA WHITE MITCHELL, individually and in her official capacity as Senior
    Assistant Regulation Counsel of the Colorado Supreme Court, and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado
    Supreme Court,

    Defendants.

## ORDER

Plaintiff has filed an Amended Notice of Appeal (ECF No. 41) and an Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. 44). Plaintiff has already paid the $405.00 filing fee in this action (*see* ECF No. 7), so the Court liberally construes the Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. 44) as a motion for leave to proceed on appeal pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. The Court has examined the file and determined that the

motion to proceed *in forma pauperis* on appeal be denied because it is not on the appropriate Court-approved form applicable to appeals.

Accordingly, it is

ORDERED that the Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. 44), which is liberally construed as a motion for leave to proceed on appeal pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24, is DENIED without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED January 15, 2026

BY THE COURT:

s/ Scott T. Varholak
United States Magistrate Judge