IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

      Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado,
BRIAN BOATRIGHT, Chief Judge of the Colo. S. Ct.,
BRYON LARGE, Presiding Disciplinary Judge of the Colo. S. Ct.,
JESSICA YATES, Attorney Regulation Counsel of the Colo. S. Ct.,
JACOB VOS, Asst. Regulation Counsel of the Colo. S. Ct.,
RHONDA WHITE MITCHELL, Sr. Asst. Regulation Counsel of the Colo. S. Ct., and
CHERYL STEVENS, Clerk of the Colo. S. Ct.,

      Defendants.

---

**MINUTE ORDER**

---

ENTERED BY MAGISTRATE JUDGE SCOTT T. VARHOLAK

On April 7, 2025, the Court denied Plaintiff's motion requesting to be allowed to proceed using a pseudonym. (ECF No. 29). Plaintiff filed objections to the order (ECF No. 32), which were overruled by Senior Judge Lewis T. Babcock (ECF No. 40). Plaintiff then filed an interlocutory appeal to the Tenth Circuit. (ECF No. 41). On June 16, 2026, the Tenth Circuit Court of Appeals affirmed the decision to not allow Plaintiff to proceed using a pseudonym. (ECF No. 48). The mandate issued on July 8, 2026. (ECF No. 50).

Therefore, if Plaintiff wishes to proceed with this action, she is ordered to file a Second Amended Complaint on the court-approved Complaint form that uses her real name **within thirty days from the date of this Minute Order**. If she fails to file a Second Amended Complaint on the court-approved Complaint form that uses her real name, this action will be dismissed without further notice. The dismissal will be without prejudice.

DATED: July 9, 2026