**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*12:40 pm, Aug 10, 2026*
**JEFFREY P. COLWELL, CLERK**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. <u>24-cv-03400-STV</u>

JANE ROE,

     Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado;
BRIAN BOATRIGHT, individually, and in his official capacity as Chief Judge of the Colorado Supreme Court;
BRYON LARGE, individually, and in his official capacity as Presiding Disciplinary Judge of the Colorado Supreme Court;
JESSICA YATES, individually, and in her official capacity as Attorney Regulation Counsel of the Colorado Supreme Court;
JACOB VOS, individually, and in his official capacity as Assistant Regulation Counsel of the Colorado Supreme Court;
RHONDA WHITE MITCHELL, individually, and in her official capacity as Senior Assistant Regulation Counsel of the Colorado Supreme Court; and
CHERYL STEVENS, individually and in her official capacity as Clerk of the Colorado Supreme Court,

     Defendant(s).

---

### Motion for Extension of Time to File Second Amended Complaint

---

The Plaintiff pro se hereby moves the court for an extension of time to respond to the non-party objection to her motion for leave to restrict. In support of this motion, Plaintiff states:

1. The Court's July 9, 2026 Minute Order set August 10, 2026 as Plaintiff's deadline to file a Second Amended Complaint using her real name. See Minute Order [ECF 51].

1

2.   Plaintiff has been diligently seeking attorney assistance on this matter, and needs additional time to obtain such assistance.

3.

4.   Plaintiff requests an additional thirty (30) days, through and including September 9, 2026, in which to file her Second Amended Complaint.

5.   Plaintiff submits that no other party will be prejudiced by the requested extension, and good cause is shown.

6.   Therefore, Plaintiff respectfully asks the court to grant this Motion and reset the deadline to file the Second Amended Complaint to September 9, 2026.

Respectfully submitted,

/s/ Jane Roe
Jane Roe, Plaintiff

Date: Monday, August 10, 2026

2