IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03400-STV

JANE ROE,

Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, a division of the State of Colorado,
BRIAN BOATRIGHT, individually & officially, Chief Judge of the Colo. S. Ct.,
BRYON LARGE, individually & officially, Presiding Disciplinary Judge of the Colo. S. Ct.,
JESSICA YATES, individually & officially, Attorney Regulation Counsel of the Colo. S. Ct.,
JACOB VOS, individually & officially, Asst. Regulation Counsel of the Colo. S. Ct.,
RHONDA WHITE MITCHELL, individually & officially, Sr. Asst. Regulation Counsel of the Colo. S. Ct., and
CHERYL STEVENS, individually & officially, Clerk of the Colo. S. Ct.,

Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE SCOTT T. VARHOLAK

On August 10, 2026, Plaintiff filed a Motion for Extension of Time to File Second Amended Complaint (ECF No. 52). In the Motion, Plaintiff states that she "has been diligently seeking attorney assistance on this matter, and needs additional time to obtain such assistance." (*Id.* at 2). The Court finds that Plaintiff's general and vague statement about seeking attorney assistance does not demonstrate good cause to justify an extension of time. Plaintiff filed this action on December 6, 2024 (*see* ECF No. 1), so she has had ample time to seek attorney assistance. The Court will reluctantly **GRANT Plaintiff's motion for extension of time (ECF No. 52) in part**. Plaintiff shall have up to and including **August 31, 2026** to file a Second Amended Complaint on the court-approved Complaint form that uses her real name. If Plaintiff fails to file a Second Amended Complaint as directed within the time allowed, the action will be dismissed without further notice. No further extensions of time will be granted without good cause. Additionally, **any further filings by Plaintiff in this action must use her real name or the filing will be stricken**.

DATED August 17, 2026.

---